UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Wilmer Sorto-Ventura,

*Petitioner*,

v.

Corey Price, *ERO Director*, et al.,

*Respondents*.

No. 6:26-CV-550-CRW

**ORDER FOR STATUS UPDATE**

Petitioner Wilmer Sorto-Ventura has been detained by ICE since March 17, 2026, and has a final order of removal as of October 12, 2016. Dkt. No. 1 at 1, 4. In his habeas petition, he claims that his post-removal-order detention has become indefinite. *Id.* at 5, Dkt. No. 3 at 1. Federal Respondents claimed in their September 14 response "that Petitioner can be removed as soon as this week." Dkt. No. 3 at 1. But Sorto-Ventura's petition remains pending before this Court.

Therefore, the Court **ORDERS** Respondents to provide the Court with an update regarding the status of Sorto-Ventura's detention and immigration proceedings.

**SIGNED** on October 28, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE