UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Wilmer Sorto-Ventura,<br><br>*Petitioner*,<br><br>v.<br><br>Corey Price, *ERO Director*, et al.,<br><br>*Respondents*. | No. 6:26-cv-550-CRW |

**AMENDED ORDER FOR STATUS UPDATE**

Petitioner Wilmer Sorto-Ventura has been detained by ICE since March 17, 2026, and has a final order of removal as of October 12, 2016. Dkt. No. 1 at 1, 4. In his habeas petition, he claims that his post-removal-order detention has become indefinite. *See id.* at 5, Dkt. No. 3 at 1. Federal Respondents claimed in their September 14 response "that Petitioner can be removed as soon as this week." Dkt. No. 3 at 1. But Sorto-Ventura's petition remains pending before this Court.

Therefore, the Court **ORDERS** Respondents to provide the Court with an update regarding the status of Sorto-Ventura's detention and immigration proceedings **no later than 2:00 p.m. on Thursday, December 3, 2026**.

So ordered on November 24, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE